# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC11 | 9519349 | Hust | H8551 |

(Rev. 1/2019)

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10/18/2019 0251

Offense Charged: ☐ CFR  ☐ USC  ☒ State Code

NCGS 20-138.1

Place of Offense: All American Expy / Gruber

Offense Description: Factual Basis for Charge

Impaired Driving (.12% A.C.)

Civ

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Littles
First Name: Pamela
M.I.: N

City: Laurinburg
State: NC
Zip Code: 28352

Drivers License No: 7130716(?)

---

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

MC

**PAY THIS AMOUNT AT www.cvb.uscourts.gov**

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ~~Forfeiture Amount~~
+ ~~$30 Processing Fee~~
$ **Total Collateral Due**

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 301 Green St, Fayetteville, NC 28301, 3rd Floor

Date: 11/06/2019
Time: 08:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: X Pamela L___

Original - CVB Copy

*9519349*

Case 5:19-mj-02284-RN  Document 49  Filed 10/25/19  Page 1 of 2

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __16 Oct__, 20__19__ while exercising my duties as a law enforcement officer in the __Eastern__ District of __NC__

At 0251 hrs, 18 Oct 19, ACP Guard Biesel while conducting Access Control Operations at ACP 5 (All American Gate) All American Expy., inspected a 2007 Chevrolet Impala, NC TPS-7344, operated by Littles. Upon approach of the vehicle, ACP Guard Biesel detected an odor of alcohol emitting from Littles' person. 5-2 Hust responded to the gate and upon approach of Littles' vehicle detected an odor of alcohol emitting from Littles' person. Standardized Field Sobriety Tests were conducted which warranted further action. Further investigation disclosed a concealed firearm in the vehicle that belonged to Brown. Brown was apprehended and transported to the Fort Bragg Law Enforcement Center. Littles was apprehended, transported to the Fort Bragg Law Enforcement Center, administered an Intox EC/IR II test, resulting in .12% AC. Brown was issued one citation and was escorted to the edge of post and released on her own recognizance on DD FM 2708. Littles was issued one citation with her mandatory court appearance at 0800 hrs, 06 Nov 19. Littles was also issued a one year suspension of post driving privileges, further processed and was escorted to the edge of post and released on her own recognizance on DD FM 2708. Littles vehicle was inventoried on DD FM 2506 and subsequently towed by Beacon Towing Company. Report was reviewed and further processed by Desk Sergeant Skinner. This is a final report.

The foregoing statement is based upon:
☐ my personal observation
☐ information supplied to me from my fellow officer's observation
☑ my personal investigation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __10/18/2019__ Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident